IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DR. WANG, et al.,<br><br>　　　　　　Defendants. | 1:08-cv-01896 LJO GSA PC<br><br>ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 38) |

　　　On August 11, 2011, Defendants filed a motion for summary judgment. Pending before the Court is a motion to compel Defendants' answers to interrogatories and to produce documents. The motion for summary judgment should therefore be continued until such time as the motion to compel has been resolved and, if appropriate, any supplemental opposition to the motion for summary judgment has been filed.

　　　Accordingly, IT IS HEREBY ORDERED that Defendants' motion for summary judgment is continued until such time as Plaintiff's motion to compel is resolved.

1  IT IS SO ORDERED.

2  Dated: **March 20, 2012**            /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE