# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASIMI JERMAINE CALLOWAY, | 1:08-cv-01896-LJO-GSA-PC |
| Plaintiff, | ORDER CLOSING ALL DISCOVERY IN THIS ACTION |
| v. | |
| WARDEN M. VEAL, et al., | |
| Defendants. | |

Jasimi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action on December 10, 2008. (Doc. 1.) This action now proceeds on the Third Amended Complaint filed on October 5, 2009, on Plaintiff's Eighth Amendment claims, against defendant Dr. Wang for deliberate indifference to Plaintiff's serious medical needs, and against defendants C/O Hayward and C/O Oaks for use of excessive force. (Doc. 20.) The discovery phase in this action has concluded.

On April 25, 2012, Plaintiff filed a motion to withdraw discovery requests, re-open discovery, and serve new discovery requests. (Doc. 62.) On September 27, 2012, the Court denied the motion, without prejudice to renewal of the motion within thirty days. (Doc. 74.) The thirty day time period has now expired, and Plaintiff has not renewed his motion. Therefore, IT IS HEREBY ORDERED that all discovery in this action is now closed.

IT IS SO ORDERED.

Dated: **November 15, 2012**         /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE