UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>             Plaintiff,<br><br>     vs.<br><br>DR. WANG, et al.,<br><br>             Defendants. | 1:08-cv-01896-LJO-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME<br>(Doc. 82.)<br><br>ORDER WITHDRAWING MOTION FROM COURT'S CALENDAR<br>(Doc. 80.) |

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 10, 2008.  (Doc. 1.)  This action now proceeds on the Third Amended Complaint filed on October 5, 2009, on Plaintiff's Eighth Amendment claims, against defendant Dr. Wang for deliberate indifference to Plaintiff's serious medical needs, and against defendants C/O Hayward and C/O Oaks for use of excessive force.[1]  (Doc. 20.)

On March 19, 2013, Plaintiff filed a motion for a ninety-day extension of time to file objections to the Magistrate Judge's Findings and Recommendations issued on February 15, 2013.  (Doc. 80.)  On March 21, 2013, Defendants filed a response to the motion for extension of time, opposing a ninety-day extension of time as excessive.  (Doc. 81.)

---

[1] On March 17, 2011, the Court dismissed all other claims and defendants from this action, under Rule 18(a) or for Plaintiff's failure to state a claim. (Doc. 24.)

1   On April 17, 2013, Plaintiff filed a motion to withdraw the motion for extension of
2  time.  (Doc. 82.)  Good cause appearing, Plaintiff's motion to withdraw shall be granted.
3   Accordingly, IT IS HEREBY ORDERED that:
4   1. Plaintiff's motion to withdraw his motion for extension of time is GRANTED;
5   and
6   2. Plaintiff's motion for extension of time, filed on March 19, 2013, is
7   WITHDRAWN from the Court's calendar.

IT IS SO ORDERED.

Dated:   **April 18, 2013**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE