**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. WANG, et al.,<br><br>　　　　　　Defendants. | NO. 1:08 cv 01896 LJOP GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 78 ) |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 15, 2013, findings and recommendations were entered, recommending that Defendants' motion for summary judgment be denied in part and granted in part. Plaintiff requested and was granted an extension of time in which to file objections. On April 18, 2013, Plaintiff filed a request to withdraw his motion for extension of time. No objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 15, 2013, are adopted in full;

2. Defendants' motion for summary judgment is granted on Plaintiff's claim of deliberate indifference to his serious medical needs;

3. Judgment is entered in favor of Dr. Wang and against Plaintiff;

4. This action proceeds against Defendants Oaks and Hayward on Plaintiff's claim of excessive force.

IT IS SO ORDERED.

Dated:   **April 19, 2013**          /s/  Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

2