IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | 1:08-cv-01896-LJO-GSA (PC) |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION AS MOOT |
| DR. WANG, et al., | (MOTION #86) |
| Defendants. | |

On May 1, 2013, plaintiff filed a motion seeking the appointment of counsel and an expert witness, to litigate this action. This case was closed on April 22, 2013. Defendants' motions for summary judgment were granted, and judgment was entered in this case on April 22, 2013. Therefore, Plaintiff's motion is moot.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on May 1, 2013, is DENIED as moot.

IT IS SO ORDERED.

Dated:   May 2, 2013                             /s/ Gary S. Austin
                                                                 UNITED STATES MAGISTRATE JUDGE