# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DR. WANG, et al.,<br><br>　　　　Defendants. | 1:08-cv-01896-LJO-GSA-PC<br><br>ORDER VACATING ORDER OF MAY 2, 2013<br>(Doc. 87.) |

On May 1, 2013, Plaintiff filed a motion for appointment of counsel and for an expert witness. (Doc. 86.) On May 2, 2013, the Court issued an order stating that "[t]his case was closed on April 22, 2013," and, on that basis, denied Plaintiff's motion as moot. (Doc. 87.) The Court relied on the fact that that judgment was entered in this case on April 22, 2013. (Doc. 85.) However, a review of the record shows that this case is not closed. The judgment entered on April 22, 2013 was against only one of the defendants, Dr. Wang, and Plaintiff's case against defendants Hayward and Oaks remains pending. Therefore, Plaintiff's motion of May 1, 2013 is not moot due to the closing of Plaintiff's case. Accordingly, the Court shall vacate its order of May 2, 2013.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　The Court's order of May 2, 2013, is VACATED; and

　　　2.　　The Court shall issue a new order in response to Plaintiff's motion of May 1, 2013.

IT IS SO ORDERED.

Dated: __**May 8, 2013**__            _____**/s/ Gary S. Austin**_____
                                                                        UNITED STATES MAGISTRATE JUDGE