# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | 1:08-cv-01896-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AND TRIAL SCHEDULE, WITHOUT PREJUDICE |
| vs. | (Doc. 94.) |
| DR. WANG, et al., | |
| Defendants. | |

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 10, 2008. (Doc. 1.) This action now proceeds on the Third Amended Complaint, filed by Plaintiff on October 5, 2009, against defendants Correctional Officers (C/O) Oaks and Hayward ("Defendants"), for use of excessive force.[1] (Doc. 20.) On August 11, 2011, defendants Oaks and Hayward filed a motion for summary judgment, which is pending. (Doc. 38.)

---

[1] On March 17, 2011, the court dismissed all of the defendants from this action except defendants Dr. Wang, C/O Oaks, and C/O Hayward, based on violation of Rule 18(a) and Plaintiff's failure to state a claim. (Doc. 24.) On April 22, 2013, summary judgment was entered in favor of defendant Dr. Wang. (Doc. 85.)

1

On July 25, 2013, Plaintiff filed a motion requesting the court to schedule a settlement conference and trial in this action. (Doc. 94.) On July 25, 2013, Defendants filed an opposition. (Doc. 95.)

Plaintiff requests a settlement conference and trial schedule "as soon as possible," stating that "summary judgment has been ruled on in favor of Plaintiff on Defendants Oaks and Hayward." (Motion, Doc. 94.) Defendants respond that Plaintiff's statement is inaccurate, because the motion for summary judgment filed by defendants Oaks and Hayward on August 11, 2011 is still pending and there has been no finding in favor of Plaintiff. Defendants request that Plaintiff's motion for a settlement conference and trial be denied due to their pending motion for summary judgment.

Defendants are correct. The court's record reflects that the motion for summary judgment filed by defendants Oaks and Hayward on August 11, 2011, is presently pending on the court's calendar. (Doc. 38.) The court shall not schedule a settlement conference unless all of the parties to the action have agreed that it will be beneficial. A trial schedule for this action, if any, shall not be set until after the motion for summary judgment is resolved. Defendants have indicated that they are not amenable to a settlement at this stage of the proceedings. Therefore, Plaintiff's motion shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the court to schedule a settlement conference and trial for this action, filed on July 25, 2013, is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __August 2, 2013__           _____/s/ Gary S. Austin_____
                                    UNITED STATES MAGISTRATE JUDGE