UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | 1:08-cv-01896-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | (Doc. 116.) |
| M. VEAL, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSFER |
| Defendants. | (Doc. 115.) |

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2013, findings and a recommendation were entered, recommending that Plaintiff's motion for transfer be denied.  (Doc. 116.)  On November 6, 2013, Plaintiff filed objections to the findings and recommendation.  (Doc. 119.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendation to be supported by the record and proper analysis.

///

///

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendation issued by the Magistrate Judge on October 18, 2013, are ADOPTED IN FULL; and
2. Plaintiff's motion for transfer, filed on September 26, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **December 2, 2013**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE