UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | 1:08-cv-01896-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR FREE COPIES |
| vs. | (Doc. 129.) |
| M. VEAL, et al., | |
| Defendants. | |

## I. BACKGROUND

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 10, 2008. (Doc. 1.) This action now proceeds on the Third Amended Complaint filed on October 5, 2009, against defendants C/O Hayward and C/O Oaks, for use of excessive force in violation of the Eighth Amendment.[1] (Doc. 20.)

On January 2, 2014, Plaintiff requested an order directing the Clerk to re-serve all of the court's orders which were served upon Plaintiff at his old address from October through December 2013. (Doc. 129.)

---

[1] On March 19, 2011, the Court found that Plaintiff stated cognizable Eighth Amendment claims against defendants Wang, Oaks, and Hayward, and dismissed all other claims and defendants from this action under Fed. R. Civ. P. 18(a). (Doc. 24.) On April 22, 2013, the Court granted defendant Wang's motion for summary judgment and entered judgment in favor of defendant Wang. (Docs. 84, 85.)

1

## II. COPIES OF CASE DOCUMENTS

Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees. The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitled him to free copies of documents from the Court. Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.

Plaintiff requests free copies of all of the court's orders which were served upon him at his former address at Corcoran State Prison from October through December 2013. A review of the court record shows that five court orders were served upon Plaintiff at Corcoran State Prison from October through December 2013. (Docs. 114, 116, 121, 122, 123.) None of the five orders was returned to the court as undeliverable. (Court Record.) Moreover, Plaintiff responded appropriately to the orders, further demonstrating that Plaintiff received the court's mail. Id. Therefore, the court finds no good cause to provide Plaintiff with free copies of the orders as requested, and Plaintiff's request shall be denied.

To request copies at this juncture, Plaintiff must submit a request in writing to the Clerk, a large self-addressed envelope affixed with sufficient postage, and prepayment of copy costs to the Clerk. The five orders requested by Plaintiff consist of a total of nine pages.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for free copies is DENIED.

IT IS SO ORDERED.

Dated: **January 6, 2014**           **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE