UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, <br><br> Plaintiff, <br><br> vs. <br><br> M. VEAL, et al., <br><br> Defendants. | 1:08-cv-01896-LJO-GSA-PC <br><br> ORDER FOR DEFENDANTS TO NOTIFY COURT WITHIN TWENTY DAYS WHETHER THEY BELIEVE A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL |

### I.   BACKGROUND

Jamisi Jermaine Calloway ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983.  This case is scheduled for jury trial on January 31, 2017 at 8:30 a.m. in Courtroom 4, before the Honorable Lawrence J. O'Neill.

On September 8, 2016, Plaintiff filed a motion for the Court to schedule a settlement conference in this action.  (ECF Nos. 176, 177.)  Plaintiff states that he believes, in good faith, that a settlement in this case is a possibility, and he has offered a reasonable amount to settle this case.

### II.   SETTLEMENT PROCEEDINGS

The Court is able to refer cases for mediation before a participating United States Magistrate Judge.  Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California.  Defendants shall notify the Court whether they

believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[1]

Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference. If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within **twenty (20) days** from the date of service of this order, Defendants shall file a written response to this order.[2]

IT IS SO ORDERED.

Dated:   **September 23, 2016**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.