**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

JAMISI JERMAINE CALLOWAY,             1:08-cv-01896-LJO-GSA-PC

      Plaintiff,

   vs.

HAYWARD, et al.,

      Defendants.             **ORDER & WRIT OF HABEAS CORPUS**
                    **AD TESTIFICANDUM**

_____/

Jamisi Jermaine Calloway, CDCR # P-97743, a necessary and material witness in a settlement conference in this case on December 21, 2016, is confined in California Health Care Facility (CHCF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Gary S. Austin at the U. S. District Court, Courtroom #1, 2500 Tulare Street, Fresno, California 93721, on Wednesday, December 21, 2016 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CHCF, P.O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Austin at the time and place above, until completion of the settlement conference or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate. 

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __**December 1, 2016**__        _____**/s/ Gary S. Austin**_____
                                   UNITED STATES MAGISTRATE JUDGE