UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMISI JERMAINE CALLOWAY,    1:08-cv-01896-LJO-GSA-PC

    Plaintiff,

  vs.

HAYWARD, et al.,

    Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Jamisi Jermaine Calloway, CDCR # P-97743, a necessary and material witness in the trial for this case on January 31, 2017, is confined at the California Health Care Facility (CHCF), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Lawrence J. O'Neill at the U. S. District Court, Courtroom #4, 7th Floor, 2500 Tulare Street, Fresno, California 93721, on Tuesday, January 31, 2017 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in the trial for this case at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CHCF, P.O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge O'Neill at the time and place above, until completion of the trial or as ordered by the court.  This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

  Dated:   **December 28, 2016**        **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE